IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Tyra Staes,<br><br>                Plaintiff,<br><br>      vs.<br><br>Chestnut Hill Mental Health Center, Inc.,<br><br>                Defendant. | Civil Action No. 6:04-23393-RBH-BHH<br><br>**REPORT OF MAGISTRATE JUDGE** |

       The plaintiff is proceeding in this action *pro se*. On December 13, 2005, the defendant filed a motion to dismiss for lack of prosecution. On December 13, 2005, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the summary dismissal procedure and the possible consequences if she failed to respond adequately. Despite this explanation, the plaintiff elected not to respond to the motion.

       As the plaintiff is proceeding *pro se*, the court filed a second order on January 19, 2006, giving the plaintiff through February 13, 2006, to file her response to the motion to dismiss for lack of prosecution. The plaintiff was specifically advised that if she failed to respond, this action would be dismissed for failure to prosecute. The plaintiff elected not to respond.

       Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

                                                                             s/ Bruce H. Hendricks<br>
                                                                            United States Magistrate Judge

February 23, 2006<br>
Greenville, South Carolina